*Joaquim L. Steinbach* v. *William Ogden.*

IN the case made, the points relied on were not specified, but merely stated by the opening counsel.

*Per Curiam.* You are not entitled to bring on the argument. The points should have been reduced to writing, and this not merely for the benefit of the court, but of all parties.